CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 1 2012

JULIA C. DUDLEY, CLERK
BY: _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ADIB EDDIE RAMEZ MAKDESSI,** | ) | **CASE NO. 7:11CV00262** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **HAROLD W. CLARKE, ET AL.,** | ) | **By:  Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that defendants' motions for summary judgment under 42 U.S.C. § 1997e(a) (ECF Nos. 27 and

50) are **DENIED**; and defendants are **DIRECTED** to submit within twenty (20) days from entry

of this order any dispositive motion addressing the merits of plaintiff's claims under 42 U.S.C.

§ 1983.  Plaintiff's pending motions related to discovery will be addressed by separate order.

**ENTER**: This 31st day of January, 2012.

_____
Chief United States District Judge