

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) |
| | ) Case No. 7:11CV00262 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) |
| HAROLD W. CLARKE, et al., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |
| | ) |

For the reasons stated in the accompanying memorandum opinion, it is

**ADJUDGED AND ORDERED**

that plaintiff's motion (ECF No. 66), which the court construes as a motion for temporary restraining order, is **DENIED**.

ENTER: This 1st day of February, 2012.

Chief United States District Judge