CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2012

JULIA C. DOOLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | CASE NO. 7:11CV00262 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| HAROLD W. CLARKE, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**; the motion is **GRANTED** as to all claims against the defendants in their official capacities and as to all claims against Defendants H. Clarke, B. Woodard, S. Shupe, and D. Sluss; and the motion is **DENIED** as to plaintiff's Eighth Amendment claims against Defendants Lt. Fields, Sgt. King, Capt. Gallihar, Timothy Sumpter, David Bellamy, Glen Boyd, and Thomas Hall for failing to protect him from assaults by his cellmate, both in his cell and in the pod area on December 21, 2010; and

2. Plaintiff is advised that, if warranted, he may renew his motion for appointment of counsel to assist him preparing and trying his case as scheduled on November 1 and 2, 2012.

ENTER: This 28th day of June, 2012.

_/s/ Glen E. Conrad_
Chief United States District Judge