CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | CASE NO. 7:11CV00262 |
| Plaintiff, | |
| v. | FINAL ORDER |
| HAROLD W. CLARKE, ET AL., | By: Glen E. Conrad |
|  | Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that after <u>de novo</u> review of the pertinent portions of the record, plaintiff's objections to the report and recommendation are **OVERRULED**, the report and recommendation (ECF No. 149) is **ADOPTED IN ITS ENTIRETY**, and this action is **DISMISSED WITH PREJUDICE**.

ENTER: This 24th day of September, 2013.

/s/ Glen Conrad
Chief United States District Judge