CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, ) | CASE NO. 7:11CV00262 |
| ) | |
| Plaintiff, ) | |
| v. ) | FINAL ORDER |
| ) | |
| ) | |
| HAROLD W. CLARKE, ET AL., ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendants. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that after de novo review of the pertinent portions of the record, plaintiff's objections to the report and recommendation are **OVERRULED**, the report and recommendation (ECF No. 149) is **ADOPTED IN ITS ENTIRETY**, and this action is **DISMISSED WITH PREJUDICE**.

ENTER: This 24TH day of September, 2013.

_____
Chief United States District Judge