CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAY 02 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) | Case No. 7:11CV00262 |
| | ) | Case No. 7:13CV00079 |
| | ) | Case No. 7:14CV00034 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's recent submission concerning conditions in the River North Correctional Center ("RNCC") protective custody unit is **CONSTRUED** as a motion for interlocutory injunctive relief, which is **DENIED** in each of plaintiff's three pending cases, as referenced above; but the clerk is **DIRECTED** to file a copy of this motion in a new and separate civil action under 42 U.S.C. § 1983 against the Virginia Department of Corrections ("VDOC") director and unnamed defendants, and the court will address plaintiff's motion in that new case by separate order.

ENTER: This 2d day of May, 2014.

/s/ Glen Conrad
Chief United States District Judge