CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) | CASE NO. 7:11CV00262 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| HAROLD W. CLARKE, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that after de novo review of the pertinent portions of the record, the plaintiff's objections to the report and recommendation are **OVERRULED**; the report and recommendation (ECF No. 201) is **ADOPTED**; the court hereby grants **JUDGMENT** for the defendants; and this action is **DISMISSED WITH PREJUDICE**.

ENTER: This 24th day of January, 2017.

/s/ Glen E. Conrad
Chief United States District Judge