CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 27 2018

JULIA C. DOOLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ADIB EDDIE RAMEZ MAKDESSI, | ) |
| | ) Case No. 7:11CV00262 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) |
| HAROLD W. CLARKE, ET AL., | ) By: Hon. Glen E. Conrad |
| | ) Senior United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's post-judgment motion (ECF No. 222) seeking relief under Rule 60(d) is **DENIED**.

ENTER: This 27th day of February, 2018.

/s/ Glen Conrad
Senior United States District Judge